IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR131 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| LEOPOLDO CORREA, | ) ) ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to the NOVA Program. Defense counsel has notified the court the a placement is ready for defendant beginning June 25, 2006. Accordingly,

IT IS ORDERED:

1. The final disposition hearing is scheduled for **January 11, 2008, at 9:00 a.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.**

2. The defendant is to be released to NOVA T.C., 3473 Larimore Avenue, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.

3. The defendant is released from the custody of the United States Marshal after processing.

4. That the defendant will also abide by all the terms and conditions of her supervised release previously imposed.

DATED this 25th day of June, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE